IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-135 |
| MATTHEW MICHANOWICZ | |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

      The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

      1.    Name of Detainee: Matthew Michanowicz, Inmate No. 79294, Year of Birth: 1968, White, Male.

      2.    Detained by: Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219.

      3.    Detainee is charged in this district by Complaint, charging detainee with violating Title 26, United States Code, Section 5861(d).

      4.    Detainee is presently confined in the Allegheny County Jail, Pittsburgh, Pennsylvania, awaiting a disposition of state charges.

      5.    The above case is set for hearing at Pittsburgh, PA on July 7, 2020, at 1:30 PM, and it shall therefore be necessary for detainee to appear via video conference at that time.

      *s/ Jessica Lieber Smolar*
      JESSICA LIEBER SMOLAR
      Assistant U.S. Attorney
      PA ID No. 65406

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____          _____
DATE                                     UNITED STATES MAGISTRATE JUDGE

cc:    United States Attorney