UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20-135 |
| | ) | |
| vs. | ) | Filed Electronically |
| | ) | |
| MATTHEW MICHANOWICZ, | ) | |
| | ) | The Honorable Donetta W. Ambrose |
| Defendant. | ) | |

## PETITION FOR MEDICAL FURLOUGH

**AND NOW**, comes the Defendant, Matthew Michanowicz, by and through his attorney, Kenneth J. Haber, Esquire, of the law firm of Difenderfer, Rothman & Haber, and files the within Petition for Medical Furlough. The following is a statement in support thereof:

1. Defendant Matthew Michanowicz has been indicted on one count of 26 U.S.C. 5861 (D) Possession of an Unregistered Firearm/Destructive Device.

2. Defendant is currently being held on this matter in the Allegheny County Jail.

3. Defendant has related to Counsel that he is presently having serious dental issues; Defendant previously had professional and expensive dental work done, including a series of crowns put in place, that are now disintegrating and are in need of replacement.

4. Defendant requested dental work at the Allegheny County Jail, and was informed that, rather than replacing the damaged crowns, the teeth in question would be pulled outright.

5. Defendant is respectfully requesting that this Honorable Court allow him to obtain appropriate dental treatment for his damaged crowns rather than having multiple teeth removed at the Allegheny County Jail.

6. As such, Defendant respectfully requests a sixteen (16) hour furlough so that he may obtain a dental consultation and treatment at a dental office.

7. Alternately, Defendant respectfully requests that this Honorable Court order that Defendant be transported to and from the dentist in order to complete an evaluation and appropriate dental work.

8. Defendant can submit all relevant information, such as the dentist's name, office location, and time of such consultation and treatment to this Honorable Court if needed.

**WHEREFORE,** Defendant, Matthew Michanowicz, respectfully requests that this Honorable Court grant Defendant a sixteen hour furlough in order to obtain necessary dental evaluations and work. Alternately, Defendant, Matthew Michanowicz, respectfully requests that this Honorable Court order the Defendant be transported to and from the dentist in order to complete an evaluation and appropriate dental work.

Respectfully Submitted,

s/ Kenneth J. Haber
Kenneth J. Haber, Esquire
PA I.D. No. 65968

Difenderfer, Rothman & Haber
304 Ross Street, Suite 400
Pittsburgh, PA  15219
(412)  338-9990
(412)  338-9993 (fax)

Dated: June 21, 2021          Attorney for Defendant, Matthew Michanowicz