

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

6/21/2021 3:57:58 PM EDT

**DENTAL** - Electronically Signed By: James Wilson DDS on 2/23/2021 2:48:44 PM EST

| | | | |
|---|---|---|---|
| **Patient:** MICHANOWICZ, MATTHEW | **#:** 79294 (2020-03521) | **Lang:** | |
| **DOB:** | **Sex:** M | **Race:** W | |
| **Housing:** LEV3 PODD 111 L | **SSN:** **HIDDEN** | **Type:** | |
| **Status:** ACTIVE | **Booking Date:** 6/6/2020 9:23:00 AM EDT | **Release:** | |

- ☐ Annual Prophy
- ☐ Referral
- ☑ Refused
- ☐ Post-Op
- ☐ Scheduled Return
- ☐ Priority
- ☑ Scheduled Sick Call

## SUBJECTIVE

**Patient Complains of:**

- ☐ Upper Right
- ☐ Lower Right
- ☐ Upper Left
- ☑ Lower Left
- ☐ Upper Front
- ☐ Lower Front

## MEDICAL/DENTAL HISTORY

Current Allergies

No Known Drug Allergy

Medical:

Dental:

crown #19 has fractured off with the tooth inside of it

inmate was already sched to have the crown recemented

since the tooth broke off inside of the crown, it appears that the inmate had tried to recement the crown back by himself, because he showed me the crown in his hand, when seen previously on pod, and there was not a tooth inside of it.

refused ext #19

MICHANOWICZ, MATTHEW 79294 (2020-03521)

signed paper refusal form

## OBJECTIVE

### X-Ray

- [x] None
- [ ] Panoramic
- [ ] PA
- [ ] Bite Wing
- [ ] TMJ

PA x

### Exam/X-Ray Reveal:

- [ ] Caries
- [ ] Swelling
- [ ] Radiolucency
- [ ] Bone Loss
- [ ] Impaction, Symptomatic
- [x] Fracture
- [ ] Non-Restorable Tooth
- [ ] Irreversible Pulpitis
- [ ] No Apparent Pathology
- [ ] Other

Additional Findings:

## ASSESSMENT

### Diagnosis:

- [ ] Restorable
- [x] Non-Restorable
- [ ] Root Sensitivity
- [ ] Gingivitis
- [ ] Periodontitis
- [ ] Pulpitis
- [ ] Oral Cancer Screening
- [ ] No Apparent Pathology
- [ ] Other

**Tooth image is interactive, please click on the area you wish to chart and charting options will be displayed.**

MICHANOWICZ, MATTHEW 79294 (2020-03521)



| Tooth # | Existing Conditions | Exam Date | Treatment Plan | Treatment Date Completed |
|---|---|---|---|---|
| 19 | Fracture | 2/23/2021 | refused extraction | 2/23/2021 |

## PLAN AND TREATMENT:

### Treatment Options:

- [ ] No Treatment Necessary at this Time (Class IV)
- [x] Extraction Indicated (Class I)
- [ ] Restorative Treatment Indicated (Class II)
- [ ] Dental Prophylaxis (Class II)
- [ ] Class I OS
- [ ] Removable Prosthetic Treatment Indicated (Class III)
- [ ] Other
- [ ] No Apparent Pathology

- [x] Patient advised of risk and benefits of above treatment options.

### Patient Elects:

- [x] No Treatment
- [ ] Extraction
- [ ] Restorative Treatment
- [ ] Dental Prophylaxis
- [ ] Other

### Extraction:

MICHANOWICZ, MATTHEW 79294 (2020-03521)

- [ ] Informed Consent

- [ ] Routine
- [ ] Surgical
- [ ] Suture Used
- [ ] Section Tooth
- [ ] MG Flap
- [ ] Osteoplasty
- [ ] Hemostasis with Gauze Bite/
- [ ] Post-Operative Instructions
- [ ] Handpiece

Notes and Tooth #:

refused ext. #19

## Patient antibiotic premed with:

- [ ] Amoxicillin 2g
- [ ] Clindamycin 600mg

## Anesthetic:

- [ ] Carbocaine (mepivacaine) 3%
- [ ] Xylocaine (lidocaine) 2% with 1:100,000 epinephrine
- [ ] Septocaine 4% with 1:200,000 epinephrine

Carpules given:

## Dental Prophylaxis:

- [ ] Annual Prophy
- [ ] Diabetic
- [ ] Excessive
- [ ] Perio Treatment
- [ ] Rinsed with Peridex
- [ ] HIV
- [ ] OHI
- [ ] OCS
- [ ] Juvenile

Notes:

## Permanent Filling Placed:

Tooth #

- [ ] Amalgam
- [ ] Composite

Other Treatment:

## Patient tolerated procedure:

- [x] Good
- [ ] Fair
- [ ] Poor

Rx:

MICHANOWICZ, MATTHEW 79294 (2020-03521)

- ☐ Yes  ☑ No
  Ibuprofen 600mg PO twice daily PRN pain days:

- ☐ Yes  ☑ No
  MAPAP 500mg PO twice daily PRN pain days:

- ☐ Yes  ☑ No
  Amoxicillin 500mg 2 capsules PO twice daily days:

- ☐ Yes  ☑ No
  Chlorhexadine gluconate 0.12% rinse twice daily; swish and spit, do not swallow days:

- ☐ Yes  ☑ No
  Amoxicillin-Clavulanate 875-125mg PO twice daily days:

- ☐ Azithromycin 500mg PO for one day, then 250mg PO daily for four days

- ☐ Yes  ☑ No
  Ciprofloxacin 500mg PO twice daily days:

- ☐ Yes  ☑ No
  Clindamycin 300mg PO twice daily days:

- ☐ Yes  ☑ No
  Metronidazole 500mg PO twice daily days:

- ☐ Yes  ☑ No
  Cephalexin 1000mg PO twice daily days:

MICHANOWICZ, MATTHEW 79294 (2020-03521)

☐ Yes   ☑ No

Penicillin V 500mg PO three times daily days:

☐ Patient Already on NSAIDs

☐ Other

Patient released alert and in stable condition?

☑ Yes
☐ No

Schedule follow up exam? (Select "No" if a follow up appointment is not needed at this time.)

☐ Yes
☐ No

Additional Comments: