# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 20-135 |
| | ) |
| MATTHEW MICHANOWICZ, | ) |
| | ) |
| Defendant. | ) |

## HEARING ON CHANGE OF PLEA
Before United States Senior District Judge Donetta W. Ambrose

Appearance for USA:         Kenneth Haber
Appearance for Defendant:   Jessica Lieber Smolar


Hearing begun:        8/9/2021 at 9:03 a.m.
Hearing concluded:    8/9/2021 at 10:34 a.m.
Stenographer:         Marsia Balobeck
Clerk:                Sherry Halfhill


Defendant sworn.
Defendant consented to hearing by video conference.
Defendant found competent.
Defendant knowing and voluntarily pleads guilty to Count 1 of the Indictment.
Judgment of guilty entered.
Sentencing order to follow.