3-D 111

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 20-135 |
| | ) |
| MATTHEW MICHANOWICZ, | ) |
| | ) |
| Defendant. | ) |

AMBROSE, Senior District Judge

## CHANGE OF PLEA

AND NOW, the Defendant, Matthew Michanowicz, in the above-captioned case hereby withdraws his plea of not guilty entered July 14, 2020, and now pleads guilty in open court this August 9, 2021, to Count(s) __1__ of the Indictment.

X _____
Defendant

_____
Attorney for Defendant