IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Criminal No. 20-135 |
| ) | |
| ) | |
| MATTHEW MICHANOWICZ,  ) | |
| Defendant.   ) | |

## ORDER

AND NOW, this 9th day of August, 2021, above-named Defendant, having plead guilty to Count 1 of the Indictment at Criminal No. 20-135 and in accordance with the Sentencing Reform Act of 1984, 18 U.S.C. § 3551, *et seq*. (1987) and the Sentencing Guidelines of the United States Sentencing Commission promulgated under that Act and the Sentencing Commission Act, 28 U.S.C. § 991, *et seq*. (1987),

IT IS HEREBY ORDERED that:

Pursuant to Local Criminal Rule 32(C), the probation office will prepare a presentence investigation report. Thereafter, the probation office will forward a copy of that report to defense counsel to review with his/her client prior to sentencing. The probation office will also forward a copy of the report to the Assistant United State Attorney.

If either party disputes facts contained in the report that are material to sentencing, it will be that party's obligation to seek administrative resolution of that matter through a pre-sentence conference with opposing counsel and the probation officer. Thereafter, defense counsel and the Assistant United States Attorney will each file with the clerk of court, and serve upon opposing counsel and the probation office, their positions with respect to sentencing factors. This pleading will be accompanied by a written statement certifying that filing counsel has conferred with opposing counsel and the probation office in an attempt to resolve any disputed matter.

After receipt of the parties' positions, the reporting probation officer will make any necessary investigation and revisions to the report. In any event, the reporting probation officer will prepare an addendum to the report that sets forth any objection to the report that has been made by counsel but not resolved, together with the probation officer's comments. The probation officer will certify that the report, any revisions thereto, and the addendum have been disclosed to the Defendant and all counsel and that the addendum fairly sets forth all remaining objections.

Any document related to the Sentencing containing Highly Sensitive Information, as defined in the Administrative Order at Misc. No. 21-50, must be hand delivered, **along with one (1) copy**, to the Clerk's Office, Attention: Colleen Willison, at least ten (10) days prior to the Sentencing.

Sentencing of the above-captioned Defendant shall take place on **December 13, 2021, at 10:00 a.m.**

*Donetta F. Ambrose*
_____
Donetta W. Ambrose
Senior United States District Judge