IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-135 |
| | ) | |
| MATTHEW MICHANOWICZ | ) | |

**POSITION OF GOVERNMENT WITH**
**RESPECT TO SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said district, and files the following Position Regarding Sentencing in the above-captioned case.

Government counsel has received and reviewed the contents of the Presentence Investigation Report for the above-captioned case. Government counsel has no additional objections or requests for modification to the Presentence Investigation Report.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

*s/ Jessica Lieber Smolar*
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406